[No. 72102-0-I.   Division One.   December 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN JAMES SINCLAIR II, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated January 27, 2016. Substitute opinion filed. Now published at 192 Wn. App. 380.

[No. 72259-0-I.   Division One.   December 7, 2015.]

CYMA G. TUPAS, *Appellant*, v. THE DEPARTMENT OF ECOLOGY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-36393-5, Helen Halpert, J., entered June 30, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.

[No. 72598-0-I.   Division One.   December 7, 2015.]

THE STATE OF WASHNGTON, *Respondent*, v. PATRICK DENNIS KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14122-8, John H. Chun, J., entered September 18, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Leach, J.

[No. 73668-0-I.   Division One.   December 7, 2015.]

THE PORT OF KINGSTON, *Respondent*, v. ROB BREWSTER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-2-01280-4, Jennifer A. Irvine Forbes, J., entered August 1, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Schindler, J.